1  ALEX G. TSE (CABN 152348)
   United States Attorney
2
   SARA WINSLOW (DC Bar No. 457643)
3  Chief, Civil Division
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-6925
6      FAX: (415) 436-6748
       Sara.winslow@usdoj.gov
7
   Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZIWEI ZHAO,<br><br>                Plaintiff,<br><br>    v.<br><br>KIRSTJEN NIELSEN, Secretary, U.S. Department of Homeland Security, *et al.*,<br><br>                Defendants. | C 18-03728 NC<br><br>**STIPULATION TO DISMISS and ORDER** |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services adjudicated Plaintiff's application to adjust to permanent resident status application.

///

///

STIP TO DISMISS AND ORDER
C 18-03728 NC        1

1 | Each of the parties shall bear their own costs and fees.

2 | Date: October 9, 2018      Respectfully submitted,

ALEX G. TSE
United States Attorney

      /s/
SARA WINSLOW
Assistant United States Attorney
Attorneys for Defendants

Dated:      see attached
JONATHAN M. GENISH
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 9, 2018

NATHANAEL COUSINS
United States Magistrate Judge

GRANTED
Judge Nathanael M. Cousins

STIP TO DISMISS AND ORDER
C 18-03728 NC      2